*Daniel Bryson,* appellant, in propria persona.

*Clarence C. Morrison,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for appellee.

OPINION PER CURIAM, September 27, 1966:
Order affirmed.
Mr. Justice COHEN took no part in the consideration or decision of this case.

---

## Commonwealth ex rel. Armstead, Appellant, *v.* Rundle.

Submitted April 27, 1966.   Before BELL, C. J., MUS-MANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*Frank L. Armstead,* appellant, in propria persona.

*Donald C. Marino* and *Joseph M. Smith,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for appellee.

OPINION PER CURIAM, September 27, 1966:
Order affirmed.

Mr. Justice COHEN took no part in the consideration or decision of this case.

---

## Commonwealth ex rel. Mobley, Appellant, *v.* Myers.

Submitted November 12, 1965. Before BELL, C. J., MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*Charles Mobley,* appellant, in propria persona.

*Vincent C. Veldorale* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

OPINION PER CURIAM, September 27, 1966:
Order affirmed.

Mr. Justice COHEN took no part in the consideration or decision of this case.